**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALAN M. BLASSBERG<br>*Plaintiff*<br><br>v.<br><br>LHAKPA SHERPA, NETFLIX, INC.,<br>SK GLOBAL ENTERTAINMENT, INC.,<br>AVOCADO & COCONUTS<br>PRODUCTIONS, LLC,<br>MAKEMAKE, LLC and<br>OBB MEDIA, LLC,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 3:24-cv-02034-MPS<br><br><br><br><br><br><br><br><br><br><br>JUNE 2, 2025 |

**MOTION FOR JOINDER OF NEW PARTIES**

Pursuant to Fed.R.Civ.P. 21, and in accordance with the parties' proposed schedule set for in the parties' Report of Rule 26(f) Planning Meeting (Doc. 16),[1] the Plaintiff hereby moves to join Netflix, Inc., SK Global Entertainment, Inc., Avocado & Coconuts Productions, LLC, MakeMake, LLC and OBB Media, LLC, as party defendants to answer to the Plaintiff's Amended Complaint.

ALAN M. BLASSBERG

By: _/s/ Joseph B. Burns_________
Joseph B. Burns
Fed. Bar No. ct00403
Crumbie Law Group, LLC
Hartford, CT 06103
Tel. (860) 725-00250
Fax: (860) 760-0308
Email: jburns@crumbielaw.com

By: /s/ Noel C. Pace .
Noel C. Pace
Fed Bar No. 1017065(FL)

[1] The proposed schedule is currently under consideration by Judge Robert A. Richardson following the May 15, 2025, Scheduling Conference. *See* Minute Entry, May 15, 2025 (Doc. 25)).

The Law Offices of Noel C. Pace, PLLC
8661 NE 2nd Ave., El Portal, Florida, 33138-3003
Tel: 305-219-1191
Email: noel.c.pace.esq@gmail.com

And, pending admission as visiting attorney:

By: __/s/ Elysa Galloway________.
Elysa Galloway
Fed. Bar No. 1022194(FL)
The Law Offices of Elysa Galloway, PLLC
2385 NW Executive Center Drive, Suite 100
Boca Raton, FL 33431
Tel: (954) 998-3828
Email: elysa@elysagallowaylaw.com; gallowayatlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Joseph B. Burns___________
Joseph B. Burns